IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | DATE FILED: |
| BRANDON MONACHELLI | : | VIOLATIONS: |
| | | 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B) |
| | : | (conspiracy to distribute controlled substances – 1 count) |
| | : | 21 U.S.C. § 841(a)(1), (b)(1)(B) (distribution of controlled substances – |
| | : | 1 count) |
| | | 21 U.S.C. § 841(a)(1), (b)(1)(C) (distribution of controlled substances – |
| | : | 2 counts) |
| | | 18 U.S.C. § 922(a)(1)(A) (dealing in |
| | : | firearms without a license – 1 count) |
| | | 18 U.S.C. § 2 (aiding and abetting) |
| | : | Notices of forfeiture |

**INFORMATION**

**COUNT ONE**

THE UNITED STATES ATTORNY CHARGES THAT:

From in or about March of 2022 through on or about June 10, 2022, in Levittown,

in the Eastern District of Pennsylvania, and elsewhere, defendant

**BRANDON MONACHELLI**,

conspired and agreed with Nicholas Pentz, charged elsewhere, J.L., M.R., and others known and

unknown to the United States Attorney, to knowingly and intentionally distribute 50 grams or

more of a mixture and substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1),

(b)(1)(B).

**MANNER AND MEANS**

It was part of the conspiracy that:

1.      NICHOLAS PENTZ obtained distribution quantities of methamphetamine from J.L. and other sources.

2.      Defendant BRANDON MONACHELLI obtained methamphetamine from PENTZ and sold that methamphetamine to customers, sometimes alone and sometimes with PENTZ and M.R.

**OVERT ACTS**

In furtherance of the conspiracy, and to accomplish its objects, the defendant BRANDON MONACHELLI, and others known and unknown to the United States Attorney, committed the following overt acts, among others, in the Eastern District of Pennsylvania and elsewhere:

1.      On or about April 28, 2022, defendant BRANDON MONACHELLI, acting with M.R., sold approximately 20.93 grams of methamphetamine to a confidential source ("CS") and an undercover Pennsylvania state trooper.

2.      On or about May 9 and 10, 2022, defendant BRANDON MONACHELLI negotiated and completed the sale of approximately 3.44 grams of methamphetamine, as well as several firearms, to CS.

3.      On or about May 16, 2022, defendant BRANDON MONACHELLI sold approximately 56.04 grams of methamphetamine to CS.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about April 28, 2022, in Levittown, in the Eastern District of

Pennsylvania, defendant

### BRANDON MONACHELLI,

knowingly and intentionally distributed, and aided and abetted the distribution of, a mixture and

substance containing a detectable amount of methamphetamine, a Schedule II controlled

substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C), and

Title 18, United States Code, Section 2.

## COUNT THREE

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about May 9 and 10, 2022, in Levittown, in the Eastern District of Pennsylvania, defendant

**BRANDON MONACHELLI**,

knowingly and intentionally distributed, and aided and abetted the distribution of, a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

4

## COUNT FOUR

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about May 16, 2022, in Levittown, in the Eastern District of

Pennsylvania, defendant

**BRANDON MONACHELLI**,

knowingly and intentionally distributed 50 grams or more of a mixture and substance containing

a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT FIVE

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

From in or about March of 2022, through on or about June 10, 2022, in Levittown, in the Eastern District of Pennsylvania, defendant

## BRANDON MONACHELLI

willfully engaged in the business of dealing in firearms, and aided and abetted the engaging in the business of dealing in firearms, without being licensed to do so under the provisions of Chapter 44, Title 18, United States Code.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D) and 2.

## NOTICE OF FORFEITURE 1

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

1.       As a result of the violations of Title 21, United States Code, Section 846 and 841(a)(1), set forth in this information, defendant

**BRANDON MONACHELLI**,

shall forfeit to the United States of America:

      a.       any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations; and

      b.       any property constituting, or derived from, proceeds obtained directly or indirectly from the commission of such offense.

2.       If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

      a.       cannot be located upon the exercise of due diligence;

      b.       has been transferred or sold to, or deposited with, a third party;

      c.       has been placed beyond the jurisdiction of the Court;

      d.       has been substantially diminished in value; or

      e.       has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

## NOTICE OF FORFEITURE 2

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 922(a)(1)(A), set forth in this information, defendant

**BRANDON MONACHELLI,**

shall forfeit to the United States of America all firearms and ammunition involved in the commission of such violation, including but not limited to:

1.    multiple rounds of live ammunition in various calibers,

2.    one homemade suppressor,

3.    one Kel tec 12 gauge shotgun, bearing serial number Q8M33, and

4.    one Privately Manufactured Firearm pistol.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

_____
**JACQUELINE C. ROMERO**
**United States Attorney**

8

**UNITED STATES DISTRICT COURT**
Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

BRANDON MONACHELLI

INFORMATION

Counts

21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(conspiracy to distribute controlled substances – 1 count)
21 U.S.C. § 841(a)(1), (b)(1)(B)(distribution of controlled substances – 1 count)
21 U.S.C. § 841(a)(1), (b)(1)(C)(distribution of controlled substances – 2 counts)
18 U.S.C. § 922(a)(1)(A) (dealing in firearms without a license – 1 count)
18 U.S.C. § 2 (aiding and abetting)
Notices of forfeiture

A true bill.

_____
Foreperson

Filed in open court this _____ day,
Of _____ A.D. 20 _____

_____
Foreperson

Bail, $ _____