

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Joseph A. Labar*
*Direct Dial: (215) 861-8516*
*Facsimile: (215) 861- 8618*
*E-mail Address: joseph.labar@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*

*(215) 861-8200*

February 27, 2024

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    <u>United States v. Brandon Monachelli (Crim No. 23-514)</u>

Dear Clerk:

      Please unimpound the above-captioned case.  The Information was filed on December 13, 2023.

      Very truly yours,

      JACQUELINE C. ROMERO
      United States Attorney

      <u>*/s/ Joseph A. Labar*</u>
      Joseph A. Labar
      Assistant United States Attorney